AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-3148 MB
)
13204 N. 59th Drive, )
Glendale, Arizona 85304 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Arizona___
*(Identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___8-9-21___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___on duty in the District of Arizona___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 08/04/2021 @ 10:56 p.m.   *M Morrissey*
                                                 *Judge's signature*

City and state: Phoenix Arizona   Michael T. Morrissey, U.S. Magistrate Judge
                                  *Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

13204 N. 59th Drive, Glendale, AZ 85304, hereafter referred to as the "Subject Premises". The Subject Premises is a single story family dwelling which is tan brick and a clay shingled roof. The Subject Premises has the numbers "13204" clearly posted on the front of the residence.





23

## ATTACHMENT B

## PROPERTY TO BE SEIZED

Agents are authorized to search for evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. § 922(a)(1)(A) (Engaging in the business of dealing, importing, manufacturing firearms without a license), and 18 U.S.C. § 922(a)(6) (False statement material to the acquisition of a firearm from a licensed dealer of firearms; and, as further described in the affidavit of probable cause including:

1. Any firearms including firearms parts, frames, receivers, accessories, magazines, cases, boxes;
2. Any ammunition and components including, bullets, brass, casings, boxes, and cases;
3. Concealed Weapons Permit.
4. Cocaine, or any other illicit drug
5. The following records relating to the violations of 18 U.S.C. § 922(a)(1)(A) (Engaging in the business of dealing, importing, manufacturing firearms without a license) and 18 U.S.C. § 924(a)(6) (False statement material to the acquisition of a firearm from a licensed dealer of firearms):
    a. Records, documents, notes, receipts, ledgers, invoices, indicia, or photographs showing the acquisition or sale of any firearms and firearm parts;
    b. Receipts, bank account records, buyer or seller lists, money transfer records, agreements for storage facilities, records of mail service, ledgers, and notebooks showing the acquisition and/or disposition of firearms and firearm parts;

    c. Books, records, receipts, notes, ledgers, personal checks and other papers relating to the transportation, ordering, and purchase of firearms, firearm accessories, or ammunition;

    d. Ledgers, customer lists, contact lists, inventory lists, vendor lists, or any notes containing the individual names of such persons, telephone numbers or addresses of such persons; and,

    e. Bank documents and records, financial documents and records, and any records and documents relating to any bank or financial transactions, including: correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly or periodic account statements; pre-paid credit/debit cards; money wrappers; copies of check journals, check ledgers, checkbooks, check registers, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, financial statements, mortgage or promissory notes; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts; and records relating to employment, wages earned and paid, business income earned, and other compensation records.

6. Records indicating occupancy, residency, rental or ownership of the search location, including utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys;

7. Any and all records pertaining to the rental of self-storage units and post office boxes or mailboxes;

8. Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment. For any computer or electronic storage medium whose seizure

25

Case 2:21-mb-03148-MTM   Document 2   Filed 09/02/21   Page 5 of 9
Case 2:21-mb-03148-MTM *SEALED*   Document 1   Filed 08/05/21   Page 6 of 35

is otherwise authorized by this warrant, and any computer or electronic storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, the "Electronic Storage Device"), this warrant also authorizes the seizure of the following:

    a. Evidence of who used, owned, or controlled the Electronic Storage Device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved user names and passwords, documents, and browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. Call details including call history, duration of calls, text messages, and text message history;

    c. Electronic correspondence and communications stored on, or accessed through, the Electronic Storage Device relating to the procurement of export-controlled items, to include e-mails and attached files, text messages, any Short Message Service messages (SMS), Instant Messages (IM), Multimedia Message Service messages, or similar text or electronic messages made through additional applications from which communication can be made, and instant messaging logs;

    d. Contact lists stored on or accessed through the Electronic Storage Device, to include telephone and e-mail contact names, telephone numbers, addresses, and e-mail addresses;

    e. Evidence of software that would allow others to control the Electronic Storage Device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    f. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms

that the user entered into any Internet search engine, and records of user-typed web addresses;

g. Evidence indicating how and when the Electronic Storage Device was accessed or used to determine the chronological context of Electronic Storage Device access, use, and events relating to crime under investigation and to the user of the Electronic Storage Device;

h. Evidence of the attachment to the Electronic Storage Device of other storage devices or similar containers for electronic evidence;

i. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Electronic Storage Device;

j. Evidence of the times the Electronic Storage Device was used;

k. Passwords, encryption keys, and other access devices that may be necessary to access the Electronic Storage Device;

l. Documentation and manuals that may be necessary to access the Electronic Storage Device or conduct an examination of the Electronic Storage Device;

m. Any records of or information about Internet Protocol addresses used by the Electronic Storage Device;

n. Contextual information necessary to understand the evidence described in this attachment; and,

o. Any peripheral equipment used to facilitate the transmission, creation, display, encoding or storage of records, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners.

9. Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents.

27

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 21-3148 MB | Date and time warrant executed: 8/4/2021 10:46 PM | Copy of warrant and inventory left with: At residence specified in warrant |
| Inventory made in the presence of: SA Farley |||
| Inventory of the property taken and name of any person(s) seized: <br><br>See attached list. <br><br>Numerous firearms, rounds of ammunition, computers, cellphones, firearms accessories, records, and narcotics |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/2/2021

_____
Executing officer's signature

Lowell Farley, ATF S/A
Printed name and title

| item | description |
|---|---|
| 000001 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , BLACK IPHONE WITH SILVER BACK. CRACKED ON BOTH SIDES |
| 000002 | FIREARM: HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 22, CAL: 40, SN: BWR077US, SEIZE METHOD: Search Warrant |
| 000003 | FIREARM: HANDGUN, MNF: BROWNING, TYPE: PISTOL, MODEL: BUCKMARK, CAL: 22, SN: 515MP10701, SEIZE METHOD: Search Warrant |
| 000004 | FIREARM: HANDGUN, MNF: ZEUS ARMS (AMMO A-Z LLC), TYPE: PISTOL, MODEL: GHOST, CAL: ZZ, SN: GHOST-696, SEIZE METHOD: Search Warrant |
| 000005 | AMMUNITION: AMMUNITION - ASSORTED, QTY: 14, MNF: ASSORTED, CAL: 40, SEIZE METHOD: Search Warrant |
| 000006 | FIREARM: HANDGUN, MNF: ZEUS ARMS (AMMO A-Z LLC), TYPE: PISTOL, MODEL: GHOST, CAL: ZZ, SN: GHOST-1295, SEIZE METHOD: Search Warrant |
| 000007 | FIREARM: HANDGUN, MNF: ZEUS ARMS (AMMO A-Z LLC), TYPE: PISTOL, MODEL: GHOST, CAL: ZZ, SN: GHOST-972, SEIZE METHOD: Search Warrant |
| 000008 | FIREARM: HANDGUN, MNF: ZEUS ARMS (AMMO A-Z LLC), TYPE: PISTOL, MODEL: GHOST, CAL: ZZ, SN: GHOST-1126, SEIZE METHOD: Search Warrant |
| 000009 | FIREARM: HANDGUN, MNF: SCCY INDUSTRIES, LLC (SKYY IND.), TYPE: PISTOL, MODEL: CPX-2, CAL: 9, SN: 861344, SEIZE METHOD: Search Warrant |
| 000010 | FIREARM: HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66B420950, SEIZE METHOD: Search Warrant |
| 000011 | OTHER: FIREARM PARTS AND ACCESSORIES, BROWN MICRO CONVERSION KIT. MANUF BY MCK. |
| 000012 | FIREARM: SHOTGUN, MNF: ROSSI, TYPE: SHOTGUN, MODEL: S20, CAL: 20, SN: SP576746, SEIZE METHOD: Search Warrant |
| 000013 | FIREARM: RIFLE, MNF: SAVAGE, TYPE: RIFLE, MODEL: AXIS, CAL: 223, SN: H188817, SEIZE METHOD: Search Warrant |
| 000014 | FIREARM: RIFLE, MNF: WINCHESTER, TYPE: RIFLE, MODEL: XPR, CAL: 300, SN: 357ZT03100, SEIZE METHOD: Search Warrant |
| 000015 | COMPUTER EVIDENCE: LAPTOP, HP LAPTOP, SILVER IN COLOR |
| 000016 | OTHER: FIREARM PARTS AND ACCESSORIES, BAG OF MISCELLANEOUS FIREARM PARTS |
| 000017 | AMMUNITION: AMMUNITION - ASSORTED, QTY: 895, MNF: ASSORTED, CAL: **, SEIZE METHOD: Search Warrant |
| 000018 | FIREARM: HANDGUN, MNF: ASTRA, TYPE: PISTOL, MODEL: A100, CAL: 45, SN: U1785, SEIZE METHOD: Search Warrant |
| 000019 | OTHER: FIREARM PARTS AND ACCESSORIES, P80 LOWER |
| 000020 | OTHER: FIREARM PARTS AND ACCESSORIES, POLYMER 80 LOWER |
| 000021 | AMMUNITION: AMMUNITION - ASSORTED, QTY: 48, MNF: ASSORTED, CAL: 22, SEIZE METHOD: Search Warrant |
| 000022 | DRUG: OTHER NARCOTICS, QTY: 1, MEA: GRAMS , BAGGIE OF MUSHROOM LIKE SUBSTANCE |
| 000023 | AMMUNITION: AMMUNITION - ASSORTED, QTY: 417, MNF: ASSORTED, CAL: ZZ, SEIZE METHOD: Search Warrant |
| 000024 | DOCUMENT: FINANCIAL RECORDS, BANK STATEMENTS |
| 000025 | COMPUTER EVIDENCE: TOWER COMPUTER, DELL INSPIRON 3670 TOWER |
| 000026 | FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-AT0062, SEIZE METHOD: Search Warrant |
| 000027 | FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-AT0063, SEIZE METHOD: Search Warrant |
| 000028 | FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: OBLITERATED, OBLITERATED: YES , SEIZE ME |
| 000029 | FIREARM: SHOTGUN, MNF: SAVAGE, TYPE: SHOTGUN, MODEL: 77A, CAL: 12, SN: NONE, SEIZE METHOD: Search Warrant |
| 000030 | FIREARM: RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: 10/22, CAL: 22, SN: 253-59042, SEIZE METHOD: Search Warrant |
| 000031 | FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-89091, SEIZE METHOD: Search Warrant |
| 000032 | AMMUNITION: AMMUNITION, QTY: 2, MNF: ASSORTED, CAL: 9, SEIZE METHOD: Search Warrant |
| 000033 | FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-89092, SEIZE METHOD: Search Warrant |
| 000034 | DOCUMENT: OTHER DOCUMENTS, FIREARM RECEIPT FOR A GLOCK MODEL 19, SERIAL BSPS215 FROM JULY 5, 2021 AT SHOOTERSWORLD |

000035 AMMUNITION: AMMUNITION - ASSORTED, QTY: 297, MNF: ASSORTED, CAL: **, SEIZE METHOD: Search Warrant
000036 AMMUNITION: AMMUNITION - ASSORTED, QTY: 2, MNF: ASSORTED, CAL: **, SEIZE METHOD: Search Warrant
000037 FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-89094, SEIZE METHOD: Search Warrant
000038 FIREARM: SHOTGUN, MNF: FRANCOLIN INTL. ARMS CO., TYPE: SHOTGUN, MODEL: CITADEL PAX, CAL: 12, SN: 21-89093, SEIZE METHOD: Search Warrant
000039 AMMUNITION: AMMUNITION - ASSORTED, QTY: 134, MNF: ASSORTED, CAL: ZZ, SEIZE METHOD: Search Warrant
000040 COMPUTER EVIDENCE: LAPTOP, DELL INSPIRON LAPTOP SILVER